**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **TARACEOUS MAYERS,** | § | |
| | § | |
| **PLAINTIFF,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO: 4:22-CV-3181** |
| | § | |
| **PINNACLE BANK.** | § | |
| | § | |
| **DEFENDANT.** | § | |

## NOTICE OF SETTLEMENT

COMES NOW Defendant Pinnacle Bank ("Pinnacle") by and through its undersigned counsel, and hereby informs the Court that a settlement of the present matter has been reached as to all claims of plaintiff Taraceous Mayers against Pinnacle in this action.

Pinnacle, therefore, requests that this Honorable Court give the parties sixty (60) days to file the necessary dismissal papers.

Respectfully submitted this 2nd day of November, 2022.

*/s/ Reid S. Manley*
Reid S. Manley, Attorney-in-Charge
TX Bar #24047520
TXSD ID #617586

BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, AL 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

*Attorney for Defendant
Pinnacle Bank*

49312380 v1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have served a copy of the foregoing document by U.S. First Class Mail, on this the 2nd day of November, 2022:

Taraceous Mayers
1657 Calhoun Street
Willis, TX 77378

*/s/ Reid S. Manley*
OF COUNSEL